UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BARRY KAMINSKY,

                    Plaintiff,

  -against-

NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION,

                    Defendant.
-------------------------------------------------------------------X

JUDGMENT
08-CV- 3313 (ARR)

      An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 19, 2010, granting defendant's motion for summary judgment; and dismissing plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       January 19, 2010

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court